THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA, ESQ.
Nevada Bar No. 08599
311 East Liberty Street
Reno, Nevada 89501
Telephone:    775-323-1321
775-323-4082 (fax)
david@omaralaw.net

Dan Backer*
POLITICAL.LAW PLLC
441 N. Lee St., Suite 300
Alexandria, VA 22314
(202) 210-5431
dan@political.law
Pro Hac Vice motion forthcoming

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAKE LIBERTY WIN, <br><br> Plaintiff, <br><br> vs. <br><br> BARBARA K. CEGAVSKE, in her official capacity as SECRETARY OF STATE OF NEVADA, <br><br> Defendant(s). | Case No. 3:20-cv-00592 |

**ORDER GRANTING PLAINTIFFS' MOTION
FOR EXPEDITED BRIEFING SCHEDULE AND CONSIDERATION
OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

Having considered Plaintiff's Motion for Expedited Briefing Schedule and Consideration of Their Motion for Preliminary Injunction, any Opposition thereto, and for good cause shown, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED;

      FURTHER ORDERED that Defendant shall file an Opposition Memorandum no later than seven (7) days after service of Plaintiff's Complaint and Motion for Preliminary Injunction;

      FURTHER ORDERED that Plaintiff shall file a Reply Memorandum, if any, no later than three (3) days after service of Defendant's Opposition Memorandum;

      FURTHER ORDERED that this Court shall grant expedited consideration to this motion.

IT IS SO ORDERED

DATED: October 21, 2020.

_____
United States District Judge