THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA, ESQ.
Nevada Bar No. 08599
311 East Liberty Street
Reno, Nevada 89501
Telephone:   775-323-1321
775-323-4082 (fax)
david@omaralaw.net

Dan Backer*
POLITICAL.LAW PLLC
441 N. Lee St., Suite 300
Alexandria, VA 22314
(202) 210-5431
dan@political.law
Admitted Pro Hac Vice

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAKE LIBERTY WIN,

          Plaintiff,

vs.

BARBARA K. CEGAVSKE, in her official capacity as SECRETARY OF STATE OF NEVADA,

          Defendant(s).

Case No. 3:20-cv-00592-RCJ-WGC

**DECLARATION OF WARREN WIMMER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, WARREN WIMMER, hereby declare as follows:

1. I am at least 18 years old, of sound mind, and am competent to testify to the matters contained in this declaration.

2. I am an independent contractor with PAC Management Services LLC, assigned as an Election Coordinator for Make Liberty Win PAC. In that role, I go door to door in the Reno/Sparks area to deliver political mail literature to the residents of Assembly District 31.

3. On Wednesday, October 28, 2020, I was doing my job in the area of Sawyer Way, Sparks, when I was approached by a man, who identified himself as Skip Daley. Mr. Daley is an Assemblyman in Assembly District 31.

4. Mr. Daley Skip approached me, without wearing a mask and ask me who I was for. I was wearing a mask. Mr. Daly also took out his phone and started to record me and the conversation.

5. When I told him this was for Jill Dickman, he began to tell me that my literature was illegal, and I must stop.

6. The conversation lasted approximately ten (10) minutes and end when Mr. Skip Daley walked away.

DATED: October 29, 2020

Respectfully Submitted,

_____
WARREN WIMMER

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The O'Mara Law Firm, P.C. and on this date, the foregoing document was filed electronically *via* the Court's ECF system which provided notification of such filing to counsel of record for all parties.

Dated: October 29, 2020

/s/ Bryan Snyder
BRYAN SNYDER