THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA, ESQ.
Nevada Bar No. 08599
311 East Liberty Street
Reno, Nevada 89501
Telephone:    775-323-1321
775-323-4082 (fax)
david@omaralaw.net

Dan Backer*
POLITICAL.LAW PLLC
441 N. Lee St., Suite 300
Alexandria, VA 22314
(202) 210-5431
dan@political.law
*Admitted Pro Hac Vice

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAKE LIBERTY WIN, <br><br> Plaintiff, <br><br> vs. <br><br> BARBARA K. CEGAVSKE, in her official capacity as SECRETARY OF STATE OF NEVADA, <br><br> Defendant(s). | Case No. 3:20-cv-00592 <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

This Matter having come before the Court on Thursday October 29, 2020. Having considered Plaintiff's Motion for Preliminary Injunction and supporting declaration, the Defendant's Opposition, Reply and oral argument by both parties, and for good cause shown, it is hereby:

ORDERED that Plaintiff's Motion for Injunction is **GRANTED as follows**:

This Court hereby enters a PRELIMINARY INJUNCTION enjoining Defendant Barbara K. Cegavske, in her official capacity as Secretary of State of Nevada, from enforcing against

Plaintiff, Make Liberty Win, and any of Plaintiff's officers, agents, employees, attorneys, and all other persons acting in active concert with Plaintiff, the provisions of Nev. Rev. Stat. §§ 294A.330 and .340 as they apply to political advocacy supporting (1) the candidacy of Jill Dickman for the Nevada Assembly and (2) the candidacy of any other person who at any time previously held the elective office for which such person is running or intends to run.

Defendant shall not conduct any investigation, initiate any administrative or other proceedings, make any criminal referral, impose any fine or other sanction, or otherwise attempt to enforce the provisions of Nev. Rev. Stat. §§ 294A.330 and .340 in relation to Plaintiff's conduct as described above.

FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 65(d)(2), this Order shall apply to the above-captioned named Defendant, the Nevada Secretary of State; her officers, agents, employees, and attorneys; and all other persons acting in active concert with her; and

FURTHER ORDERED that Defendant shall promptly deliver, by electronic mail, a copy of this Order to Jill Dickman's opponent, Skip Daly, and to any other persons whom Plaintiff identifies as having interfered with or threatened legal or other retaliatory action against Plaintiff for engaging in the conduct described above.

IT IS SO ORDERED.

DATED:  November 2, 2020

_____
United States District Judge