THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
775/323-4082 (fax)

*Attorneys for Make Liberty Win*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MAKE LIBERTY WIN,

        Plaintiffs,

v.

BARBARA CEGAVSKE in her official capacity as Nevada Secretary of State,

        Defendant.

Case No. 3:20-cv-00592-RCJ-WGC

### ORDER MODIFYING THE BRIEFING SCHEDULE ON THE MOTIONS FOR SUMMARY JUDGMENT

### FIRST REQUEST

Plaintiff MAKE LIBERTY WIN ("Plaintiff" or "Liberty") and Defendant BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State ("Defendant" or "Secretary Cegavske"), by and through their respective counsel of record, hereby agree and stipulate to the following modification of the Discovery Plan and Scheduling Order as follows:

WHEREAS, Plaintiffs filed the initial complaint in this matter on October 19, 2020 (ECF. No. 1). Secretary Cegavske filed her Answer to the Complaint on November 9, 2020 (ECF. No. 22).

WHEREAS, on November 30, 2020 the parties filed their Joint Discovery Plan and Scheduling Order. (ECF No. 23). On December 1, 2020, this Court confirmed and entered its order on the Joint Discovery Plan and Scheduling Order. (ECF No. 24).

WHEREAS, pursuant to the Joint Discovery Plan and Scheduling Order, Plaintiff and Defendant served their initial disclosures on Friday, December 4, 2020.

WHEREAS, in preparing the initial disclosures, Defendant's counsel inquired about the Secretary of State's prior enforcement of the statutes in question and is working to obtain and produce prior complaints, reports, correspondence, and other materials related to the enforcement of NRS 294A.330 and .340.

WHEREAS, Monday, December 7, 2020, the parties met and discussed changes to the joint discovery plan and scheduling order as it relates to the initial disclosures and the filing of Motions for Summary Judgment and have agreed to the following modifications:

First, the Parties agree that documentary evidence of prior enforcement actions by the Secretary of State may assist the Parties with briefing, and they further agree that Defendant shall have until December 18, 2020 to produce prior complaints, reports, correspondence, and other materials related to the enforcement of NRS 294A.330 and .340.

Second, the Parties have agreed to modify the briefing schedule to file Motions for Summary Judgment. As agreed, each party shall have until Monday, January 18, 2021 to file a Motion for Summary Judgment. Each Party shall then have up to and including Monday, February 22, 2021, to file any opposition. The Parties will then file, if necessary, any reply in support of the motion for summary judgment by March 8, 2021.

This is the first extension of time related to the parties' initial disclosures and motions for summary judgment.

/ / / /

| FOR DEFENDANTS: | FOR PLAINTIFFS: |
|---|---|
| Dated: December 10, 2020. | Dated: December 10, 2020. |
| /s/ Gregory Zunino, Esq. | /s/ David C. O'Mara, Esq. |
| Gregory Zunino, Esq. | David C. O'Mara, Esq. |
| Nevada Attorney General's Office<br>Gregory Zunino, Esq.<br>100 N. Carson Street<br>Carson City, NV 90701<br>gzunino@ag.nv.gov<br>cnewby@ag.nv.gov<br>*Counsel for Barbara Cegavske* | THE O'MARA LAW FIRM, P.C.<br>311 E. Liberty Street<br>Reno, Nevada 89501<br>david@omaralaw.net<br><br>Dan Backer (Admitted Pro Hac Vice)<br>POLITICAL.LAW PLLC<br>441 N. Lee St., Suite 300<br>Alexandria, VA 22314<br>(202) 210-5431<br>dan@political.law |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 10, 2020.

STIPUATION AND PROPOSED ORDER MODIFYING THE BREIEFING SCHEDULE ON THE MOTIONS FOR SUMMARY JUDGMENT

FIRST REQUEST