AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MAKE LIBERTY WIN,

           Plaintiff,

v.

BARBARA K. CEGAVSKE, in her official capacity as SECRETARY OF STATE OF NEVADA,

           Defendant.

JUDGMENT

Case Number: 3:20-cv-00592-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. [28]) is GRANTED IN PART AND DENIED IN PART.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. [29]) is GRANTED IN PART AND DENIED IN PART.

    **IT IS FURTHER ORDERED** that Defendant's threatened enforcements of Nev. Rev. Stat. §§ 294A.330 and 340 against Plaintiff for its use of the term "reelect" in support of the political campaign in support of Ms. Jill Dickman is unconstitutional as-applied to Plaintiff.

    **IT IS FURTHER ORDERED** that the remainder of the claims are dismissed.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: November 9, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO450 (NVD Rev. 2/18)   Judgment in a Civil Case