**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAKE LIBERTY WIN,<br><br>              Plaintiffs,<br><br>v.<br><br>BARBARA CEGAVSKE in her official capacity as Nevada Secretary of State,<br><br>              Defendant. | Case No.  3:20-cv-00592-RCJ-WGC<br><br>**STIPULATED JUDGMENT**<br><br>Judge:  Hon. Robert C. Jones<br>Action Filed: October 19, 2020 |

1

Based upon the Joint Stipulation for Entry of Stipulated Judgment by and between Plaintiff Make Liberty Win and Defendant Barbara Cegavske, in her official capacity as Nevada Secretary of State, it is hereby ORDERED that the Joint Stipulation for Entry of Stipulated Judgment is GRANTED.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

The Parties have represented that they have resolved all damages, costs and fees associated with the foregoing judgment, with Defendant paying Plaintiff $20,000 in attorney's fees. Plaintiff may not bring any additional motions for damages, fees, and costs, as well as any claims associated with the facts and circumstances alleged in his Complaint. Payment of these attorney's fees shall be paid in thirty (30) days.

This case is therefore closed.

Dated:  December 21, 2021.

_____
UNITED STATES DISTRICT JUDGE